UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

December 18, 2014

UNITED STATES OF AMERICA,

v.  14-M-69

JAMIE BOYE,

              Defendants.

## ORDER

Pursuant to Fed. R. Crim. P. Rule 48(b), this case is presently scheduled for a dismissal on December 19, 2014. By way of a Notice of Motion, the government has moved for an adjournment of the Rule 48(b) date for dismissal of the pending criminal complaint. Counsel for the defendants have no objection to and join in this request for an adjournment.

Now, for the reasons set forth in the government's Notice of Motion and accompanying Affidavit, it is hereby

**ORDERED**, that the dismissal pursuant to Fed. R. Crim. P. 48(b) in this action is adjourned until February 6, 2015, and it is further

**ORDERED**, that the time in this action from and including December 19, 2014, to and including February 6, 2015, is properly excluded from the time within which the defendant should be indicted or otherwise charged, in accordance with the Speedy Trial

Act, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and Rule 5.1 of the Federal Rules of Criminal Procedure.

The Court further finds that as of February 6, 2015, no days of the Speedy Trial Act time will have elapsed in this action and 30 days will remain in the period within which the defendant must be indicted.

DATED: Buffalo, New York, December 18, 2014.

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE